GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET STORES, a division
of Target Corporation, erroneously
sued herein as Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIE OCHOA,<br><br>      Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, and DOES 1-20, inclusive,<br><br>      Defendants. | Case No.: C-08-02580 MEJ<br><br>**CERTIFICATE OF SERVICE OF ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES AND OTHER INITIATING DOCUMENTS**<br><br>Complaint Filed: April 8, 2008 |

### CERTIFICATE OF SERVICE
### (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the:

    1.    **Order Setting Initial Case Management Conference and ADR Deadlines;**

    2.    **Case Management Standing Order for Maria-Elena James;**

    3.    **Notice of Trial Assignment to U.S. Magistrate Judge;**

-2-

CERTIFICATE OF SERVICE – Case No.: C-08-02580 MEJ

BOORNAZIAN, JENSEN & GARTHE
555 12TH STREET
SUITE 1800
OAKLAND, CA 94607
(510) 834-4350

4. Standing Order for All Judges re: Contents of Joint CMC Statement;

5. Welcome to the U.S. District Court, San Francisco;

6. Notice of Assignment of Case to a U.S. Magistrate Judge for Trial;

7. Consent/Declination to Proceed Before a United States Magistrate Judge;

8. ECF Registration Information Handout;

9. Dispute Resolution Procedures in the Northern District of California.

addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Brian T. Flahavan, Esq.                       **Attorneys for Plaintiff**
Flahavan Law Offices
509 Seventh Street
Santa Rosa, CA  95401
(707) 525-2917  Phone
(707) 525-2918  Fax

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on May 23, 2008.

_____
ALEXINE BRAUN

25414\433496

BOORNAZIAN, JENSEN & GARTHE
555 12TH STREET
SUITE 1800
OAKLAND, CA 94607
(510) 834-4350

-2-

CERTIFICATE OF SERVICE – Case No.: C-08-02580 MEJ