GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET STORES, a division
of Target Corporation, erroneously
sued herein as Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIE OCHOA,<br><br>    Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, and DOES 1-20, inclusive,<br><br>    Defendants. | Case No.: Case No.: C-08-02580 MEJ<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Complaint Filed: April 8, 2008 |

Pursuant to Civil Local Rule 3.16, the undersigned certifies that as of this date, other than the named parties, there is no interest to report.

DATED: July 30, 2008

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _____
GAIL C. TRABISH, ESQ.
Attorneys for Defendant
TARGET STORES, a division of
Target Corporation, erroneously sued
herein as Target Corporation

25414\438825

-2-

Certification of Interested Entities or Persons - Case No.: C-08-02580 MEJ

BOORNAZIAN, JENSEN & GARTHE
555 12TH STREET
SUITE 1800
OAKLAND, CA 94607
(510) 834-4350

## CERTIFICATE OF SERVICE
### (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Brian T. Flahavan, Esq.　　　　　　　　　　**Attorneys for Plaintiff**
Flahavan Law Offices
509 Seventh Street
Santa Rosa, CA 95401
(707) 525-2917 Phone
(707) 525-2918 Fax

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on July 31, 2008.

_____
ALEXINE BRAUN

25414\438825

BOORNAZIAN, JENSEN & GARTHE
555 12TH STREET
SUITE 1800
OAKLAND, CA 94607
(510) 834-4350

-2-

Certification of Interested Entities or Persons - Case No.: C-08-02580 MEJ