1  GAIL C. TRABISH, ESQ. (#103482)
   BOORNAZIAN, JENSEN & GARTHE
2  A Professional Corporation
   555 12th Street, Suite 1800
3  P. O. Box 12925
   Oakland, CA  94604-2925
4  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
5
   Attorneys for Defendant
6  TARGET STORES, a division
   of Target Corporation, erroneously
7  sued herein as Target Corporation

8
   BRIAN T. FLAHAVAN, ESQ. (#215222)
9  FLAHAVAN LAW OFFICES
   509 Seventh Street
10 Santa Rosa, CA  95401
   Telephone:  (707) 525-2917
11 Facsimile:   (70) 525-2918

12 Attorneys for Plaintiff
   JENNIE OCHOA
13
                    UNITED STATES DISTRICT COURT
14
                  NORTHERN DISTRICT OF CALIFORNIA
15

16 JENNIE OCHOA,                      )  Case No.:  Case No.:  C-08-02580 MEJ
                                      )
17          Plaintiff,                )  **JOINT CASE MANAGEMENT**
                                      )  **CONFERENCE STATEMENT**
18 vs.                                )
                                      )  Case Management Conference
19                                    )
   TARGET CORPORATION, and DOES 1-20, )  Date:        August 28, 2008
20 inclusive,                         )  Time:        10:00 am
                                      )  Location:    Courtroom B
21          Defendants.               )             U.S. District Court
                                      )             450 Golden Gate Ave.
22                                    )             San Francisco, CA
                                      )
23                                    )  Complaint Filed:  April 8, 2008
                                      )
24 _____

25         Pursuant to this Court's Civil Local Rules ("Civ. L.R.") 16-7 and 16-9, the parties jointly

26 submit this Case Management Statement and Proposed order.  Each party certifies that its lead trial

27 counsel who will try this case met and conferred for the preparation of this Statement as required

28 by Civ. L.R. 16-4.

BOORNAZIAN,
JENSEN & GARTHE
555 12TH STREET
SUITE 1800
OAKLAND, CA  94607
(510) 834-4350

                                      -2-

The parties make the following representations and recommendations:

**1.    JURISDICTION AND SERVICE**

The Court has jurisdiction pursuant to 28 U.S.C. 1441(b) and 28 U.S.C. 1332. There are no issues regarding personal jurisdiction or venue. The incident occurred in Santa Rosa, California. All parties have been served.

**2.    JOINT STATEMENT OF FACTS AND EVENTS UNDERLYING THE ACTION**

The plaintiff Jennie Ochoa claims to have sustained injuries and damages when she slipped and fell at the Target Store in Santa Rosa, CA on July 1, 2006. Defendant contends that it routinely maintains its store, and was not aware of any dangerous or defective condition on its premises.

**3.    LEGAL ISSUES**

      a.    Whether defendant was negligent in the operation of its premises.

      b.    Plaintiff's comparative negligence.

      c.    Plaintiff's medical history and causation.

      d.    The nature and extent of injuries.

**4.    MOTIONS**

There are no motions pending.

**5.    AMENDMENT OF PLEADINGS**

None anticipated.

**6.    EVIDENCE PRESERVATION**

Six Polaroid photographs of the incident site and a surveillance CD-ROM depicting the adjacent area have been produced.

**7.    DISCLOSURES**

The parties have made timely disclosures pursuant to Fed. R. Civ. Proc. 26.

**8.    DISCOVERY**

Interrogatories and a request for production of documents have been propounded by defendant to plaintiff. Medical records from all known medical providers have been subpoenaed

BOORNAZIAN,
JENSEN & GARTHE
555 12TH STREET
SUITE 1800
OAKLAND, CA 94607
(510) 834-4350

by defendant.    Defendant has also subpoenaed from plaintiff's past employers, as well as insurance carriers.  The deposition of the plaintiff will be noticed by defendant upon receipt of the subpoenaed medical records and response to the Interrogatories and Requests for Production of Documents.  Defendant may elect to have plaintiff examined pursuant to F.R.C.P. 35.

**9.    CLASS ACTIONS**

No class action is proposed.

**10.    RELATED CASES**

There are no related cases or other actions pending before any other court.

**11.    RELIEF**

Monetary damages are sought for medical expenses, pain and suffering.

**12.    SETTLEMENT AND ADR**

The parties have stipulated to mediation.

**13.    CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES**

Defendant has consented to a magistrate judge.

**14.    OTHER REFERENCES**

No other references are appropriate at this time.

**15.    NARROWING OF ISSUES**

None anticipated.

**16.    EXPEDITED SCHEDULE**

None anticipated.

**17.    SCHEDULING**

The parties propose the following:

Designation of experts: 11/24/08

Designation of Rebuttal Experts:  12/15/08

Expert Discovery Cutoff: 1/16/09

Last Day to File Motion re Expert Discovery: 2/2/09

BOORNAZIAN,
JENSEN & GARTHE
555 12TH STREET
SUITE 1800
OAKLAND, CA 94607
(510) 834-4350

1   Fact Discovery cutoff:  11/21/08

2   Last Day to File Motion to Compel Fact Discovery: 12/5/08

3   Last Day to File Dispositive Motions: 12/29/08

4   Hearing of Dispositive Motions: 2/2/08

5   Pretrial Conference: 3/30/09

6   Trial: 4/13/09.

7   **18.    TRIAL**

8   Defendant demands a jury.

9   **19.    DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSON**

10   A Certificate of Non-Party Interested Entities or Persons has been filed by defendant.

11   **20. OTHER MATTERS**

12   None known.

13

14   DATED: August 19, 2008                    FLAHAVAN LAW OFFICES

15

16                                             By: _____/s/_____

17                                                 BRIAN T. FLAHAVAN, ESQ.
                                                   Attorneys for Plaintiff
18                                                 JENNIE OCHOA

19

20   DATED: August 19, 2008                    BOORNAZIAN, JENSEN & GARTHE
                                               A Professional Corporation
21

22

23                                             By: _____/s/_____
                                                   GAIL C. TRABISH, ESQ.
24                                                 Attorneys for Defendant
                                                   TARGET STORES, a division of
25                                                 Target Corporation, erroneously sued
                                                   herein as Target Corporation
26   25414\438783

27

28

BOORNAZIAN,
JENSEN & GARTHE
555 12TH STREET
SUITE 1800
OAKLAND, CA 94607
(510) 834-4350

-2-

Joint Case Management Conference Statement, Case No.:  C-08-02580 MEJ

## CERTIFICATE OF SERVICE
### (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **JOINT CASE MANAGEMENT STATEMENT**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Brian T. Flahavan, Esq.                    **Attorneys for Plaintiff**
Flahavan Law Offices
509 Seventh Street
Santa Rosa, CA 95401
(707) 525-2917 Phone
(707) 525-2918 Fax

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on August 19, 2008.

_____
ALEXINE BRAUN

25414\438783

BOORNAZIAN,
JENSEN & GARTHE
555 12TH STREET
SUITE 1800
OAKLAND, CA 94607
(510) 834-4350

-2-