Brian T. Flahavan, SBN 215222
**FLAHAVAN LAW OFFICES**
509 Seventh Street, Suite 201
Santa Rosa, CA 95401
Phone: 707-525-2917
Facsimile: 707-525-2918

Attorneys for Plaintiff
JENNIE OCHOA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIE OCHOA,<br><br>                    Plaintiff<br><br>          v.<br><br>TARGET CORPORATION, et al.<br><br>                    Defendants.<br>_____/ | Case No.: C-08-02580 MEJ<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C., Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: August 20, 2008                              FLAHAVAN LAW OFFICES

                                                    By_____
                                                    BRIAN T. FLAHAVAN
                                                    Attorneys for Plaintiff
                                                    JENNIE OCHOA

## CERTIFICATE OF SERVICE
### (28 U.S.C. §1746)

I am employed in the County of Sonoma. I am over the age of eighteen years and not a party to the within action. My business address is 509 Seventh St., Suite 201, Santa Rosa, CA 95401.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE,** addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Gail C. Trabish                                    Attorneys for Defendant
BOORNAZIAN JENSEN & GARTHE         TARGET CORPORATION
555 12th Street, Ste. 1800
P.O. Box 12925
Oakland, CA 94604-2925

I declare under the penalty of perjury under the laws of the state of California that the foregoing is true and correct. Executed on August 20, 2008, at Santa Rosa, California.

_____
DARLA O'CONNOR

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
CASE NO.: C-08-02580 MEJ