GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET STORES, a division
of Target Corporation, erroneously
sued herein as Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIE OCHOA,<br><br>      Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, and DOES 1-20, inclusive,<br><br>      Defendants. | Case No.: Case No.: C-08-02580 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCLOSURE OF EXPERT WITNESSES AND REPORTS AND REBUTTAL WITNESSES**<br><br>Complaint Filed: April 8, 2008 |

The plaintiff, by and through her attorney, Brian T. Flahavan, and defendant, by and through its attorney, Gail C. Trabish, hereby stipulate to extend Expert Disclosure and Reports from December 1, 2008 to December 9, 2008 and Disclosure of Rebuttal Experts from December 11, 2008 to December 19, 2008. Said extensions are necessary because the medical records subpoenaed from Kaiser have not yet been received, and defendant's IME doctor, Dr. Peter Slabaugh, will require full records prior to writing his report. It is expected that these records will

///

///

BOORNAZIAN,
JENSEN & GARTHE
555 12TH STREET
SUITE 1800
OAKLAND, CA 94607
(510) 834-4350

-2-

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCLOSURE OF EXPERT WITNESSES AND REPTS., REBUTTAL WITNESSES - Case No.: C-08-02580 MEJ

be received shortly. In addition, the matter is scheduled for mediation on December 5, 2008.

DATED: November 24, 2008

FLAHAVAN LAW OFFICES

By: _____
BRIAN T. FLAHAVAN, ESQ.
Attorneys for Plaintiff
JENNIE OCHOA

DATED: November 24, 2008

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _____
GAIL C. TRABISH, ESQ.
Attorneys for Defendant
TARGET STORES, a division of
Target Corporation, erroneously sued
herein as Target Corporation

## ORDER

Said disclosure deadlines are hereby extended. The new deadlines are as follows:

1. Expert Disclosure and Reports — December 9, 2008
2. Disclosure of Rebuttal Experts — December 19, 2008

IT IS SO ORDERED.

Dated: December 1, 2008

U.S. MAGISTRATE
MARIA-ELENA JAMES

254141449324

-2-

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCLOSURE OF EXPERT WITNESSES AND REPTS., REBUTTAL WITNESSES - Case No.: C-08-02580 MEJ

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCLOSURE OF EXPERT WITNESSES AND REPORTS AND REBUTTAL WITNESSES**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

Brian T. Flahavan, Esq.  **Attorneys for Plaintiff**
Flahavan Law Offices
509 Seventh Street
Santa Rosa, CA 95401
(707) 525-2917 Phone
(707) 525-2918 Fax

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on November 25, 2008.

_____
ALEXINE BRAUN

25414\449324

BOORNAZIAN, JENSEN & GARTHE
555 12TH STREET
SUITE 1800
OAKLAND, CA 94607
(510) 834-4350

-2-

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCLOSURE OF EXPERT WITNESSES AND REPTS., REBUTTAL WITNESSES - Case No.: C-08-02580 MEJ