GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897

Attorneys for Defendant
TARGET STORES, a division
of Target Corporation, erroneously
sued herein as Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIE OCHOA,<br><br>    Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, and DOES 1-20, inclusive,<br><br>    Defendants. | Case No.: Case No.: C-08-02580 MEJ<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**<br><br>Complaint Filed: April 8, 2008 |

    IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record that the above referenced action be and hereby is dismissed with prejudice pursuant to F.R.C.P. 41(a)(1), with each party to bear its own costs and attorneys' fees.

    IT IS SO STIPULATED.

DATED: December 22, 2008

FLAHAVAN LAW OFFICES

By: _____
BRIAN T. FLAHAVAN, ESQ.
Attorneys for Plaintiff
JENNIE OCHOA

- 1 -

STIPULATION OF DISMISSAL AND PROPOSED ORDER THEREON - Case No.: C-08-02580 MEJ

DATED: December 20, 2008

                                        BOORNAZIAN, JENSEN & GARTHE
                                        A Professional Corporation

                                        By: _____
                                             GAIL C. TRABISH, ESQ.
                                             Attorneys for Defendant
                                             TARGET STORES, a division
                                             of Target Corporation, erroneously
                                             sued herein as Target Corporation

## **ORDER**

Pursuant to stipulation, it is so ordered. The Clerk of Court shall close the file.

Dated: January 8, 2009

                                                     _____
                                                  United States Magistrate Judge
                                                  MARIA-ELENA JAMES

25414\451329

BOORNAZIAN, JENSEN & GARTHE
555 12TH STREET
SUITE 1800
OAKLAND, CA 94607
(510) 834-4350

-2-

STIPULATION OF DISMISSAL AND PROPOSED ORDER THEREON - Case No.: C-08-02580 MEJ

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the date indicated below, at the above-referenced business location, I sealed envelopes, enclosing a copy of the **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**, addressed as shown below, and placed them for collection and mailing following ordinary business practices to be deposited with the United States Postal Service on the date indicated below:

| | |
|---|---|
| Brian T. Flahavan, Esq.<br>Flahavan Law Offices<br>509 Seventh Street<br>Santa Rosa, CA 95401<br>(707) 525-2917 Phone<br>(707) 525-2918 Fax | **Attorneys for Plaintiff** |

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on January 7, 2009.

25414\451329

_____
ALEXINE BRAUN

- 3 -

STIPULATION OF DISMISSAL AND PROPOSED ORDER THEREON - Case No.: C-08-02580 MEJ

BOORNAZIAN, JENSEN & GARTHE
555 12TH STREET
SUITE 1800
OAKLAND, CA 94607
(510) 834-4350